IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.: | ) ) ) ) |
| EUGENE CRUM, JR., et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: ) CV-94-T-356-N |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) ) |
| RAYFORD MACK, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. STATE OF ALABAMA, GOVERNOR DON SIEGELMAN, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, and COMMISSIONER BILL FULLER, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

2:07cv465-MHT

## MOTION TO INTERVENE

**COMES NOW** the applicant, Rayford Mack, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as a party plaintiff in the above-entitled cause. As grounds for this Motion, the applicant would show unto the Court as follows:

1. This Motion is timely based upon the following factors:



(a) <u>Length of Time Applicant Has Known Of His Interest</u>. The plaintiff-intervenor received his right-to-sue letter from the EEOC dated November 2, 2001. Plaintiff-intervenor has filed this motion within 90 days of the issuance of his right-to-sue letter. Based on these facts, it should be held that there has been no undue delay on the part of the applicant seeking intervention into this lawsuit.

(b) <u>Prejudice to Parties from Failure to Move Sooner</u>. The parties will not be unduly prejudiced by the intervention sought herein.

(c) <u>Prejudice to Applicant if Intervention Denied</u>. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts, which will be duplicative of the present case.

(d) <u>Unusual Circumstances</u>. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this Motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors and the putative class in the case at bar involve common questions of law and fact.

4. This Motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, Premises Considered, applicant respectfully moves this Court to permit his intervention into the instant legal action as a party plaintiff.

Respectfully submitted,

*[signature: Rocco C...]*

Rocco Calamusa, Jr.
Counsel for the Plaintiff-Intervenor
and Plaintiff Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, either by hand delivery or by placing same in the United States Mail, properly addressed and first class postage prepaid, on this the 31 day of January, 2002 on the following:

Thomas T. Gallion III
Haskell, Slaughter, Young, & Gallion
P.O. Box 4660
Montgomery, AL 36103

R. Taylor Abbot, Jr.
Cabaniss, Johnston, Gardner,
Dumas & O'Neal
700 Park Place Tower
Birmingham, AL 35203

Henry C. Barnett
Christopher W. Weller
Capell, Howard, Knabe & Cobbs, P.A.
57 Adams Avenue
P.O. Box 2069
Montgomery, AL 36102-2069

T. Dwight Sloan III
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, pc
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

William J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, Alabama 36601

Margaret L. Fleming
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL 36130

John J. Park
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL 36130

Robbie Hyde
Webb & Eley, P.C.
166 Commerce Street, Suite 300
Post Office Box 238
Montgomery, AL 36101-0238

Andrew P. Campbell
Campbell, Waller & Loper, LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209

David M. Loper
Cinda R. York
Campbell, Waller & Loper, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

Edward A. "Ted" Hosp
State of Alabama Governor's Office
State Capitol
Montgomery, Alabama 36130

Lisa W. Borden
Wesley C. Redmond
Erica L. Baldwin
Berkowitz, Lefkovits, Isom & Kushner
1600 SouthTrust Tower
Birmingham, Alabama 35203

Alice A. Byrne
Office - Attorney General
Room 303
11 South Union Street
Montgomery, Alabama 36130

Mary Beth Martin
U.S. Department of Justice
Civil Rights Division
Employment Litigation
P.O. Box 65968
Washington, DC 20035

_____
OF COUNSEL