IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE: EMPLOYMENT              )
DISCRIMINATION LITIGATION      )
AGAINST THE STATE OF           )
ALABAMA, et al.,               )
                               )
EUGENE CRUM, JR., et al.,      )
                               )
    Plaintiffs,                )    2:07cv465-MHT
                               )
v.                             )    CIVIL ACTION NO.
                               )    2:94cv356-MHT
STATE OF ALABAMA, et al.,      )
                               )
    Defendants.                )

ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 546) is granted.

(2) Any related complaint-in-intervention is converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-

intervention. Counsel for the intervenor and the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that any related complaint-in-intervention should proceed as a separate lawsuit.

DONE, this the 23rd day of May, 2007.

>    /s/ Myron H. Thompson
>    UNITED STATES DISTRICT JUDGE