IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RAYFORD MACK,                    )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )         2:07cv465-MHT
                                 )
STATE OF ALABAMA, et al.,        )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 4) is granted.

DONE, this the 31st day of May, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE