IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RAYFORD MACK, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
| v. | )     2:07cv465-MHT |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|    Defendants. | ) |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 13) is granted.

DONE, this the 22nd day of June, 2007.

            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE